IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NIGEL HARRISON,

  Petitioner,

  v.

STATE OF GEORGIA,

  Respondent.

CIVIL ACTION FILE
NO. 1:16-CV-3473-TWT

**ORDER**

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action. For the reasons set forth in the Report and Recommendation, the Petitioner is not in custody. Therefore, he is not entitled to federal habeas corpus relief. Whether he was in custody at the time that he filed an earlier action in a different court is irrelevant. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

T:\ORDERS\16\Harrison\16cv3473\r&r.wpd

SO ORDERED, this 9 day of November, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge